MSPB 2008-3332 Good morning. My name is John Cody from Montgomery, Alabama, and it's my pleasure to represent Mr. Alvin Blanton from Gulfport, Mississippi, in this matter. This case, unlike some of the prior cases we've heard today, is really not that complicated. We're not dealing with with really two issues, and the one is, was Mr. Blanton's leave wrongfully restored and what about that restoration would bring it under the jurisdiction of the board? And two, the second issue is admittedly more problematic for Mr. Blanton, and that is the timeliness of his appeal, and if his appeal was not timely, then should it be excused and still be heard by the board? And I want to address that issue second. The first issue is the improper restoration of leave. Mr. Blanton fell ill in 2003 and 2004 and was cleared to come back to work in June of 2004, and at that point he had 92 hours and some change of leave that he asked to be restored in accordance with Title V 6304. When he came back to work, the agency, the Department of the Navy, said, yes, your leave is restored and you have until the end of 2004 leave year to use it up. Well, the regulations are quite clear that he has two years from, the second year from the date in the year that he comes forward, so he should have had until the end of leave year 2006. He brought that to the agency's attention, and the agency said, you can have it until the end of 2005. He appealed that matter in December of, I'm sorry. Can we make sure that we understand the timing here? Leave year 2006 ends when? I believe, sometimes it's a little complicated as to the exact dates. I believe the end of leave year 2006 would end on December 31st. Of 2006. Yes. So calendar year and leave year is the same. Well, in some cases I don't think they're exactly the same, but I think most of the time they are. Close enough though, right? Within a few days. Alright, that's fine. Thank you. He appealed that. They mistakenly, when they realized that they only gave him until the end of 2004, that was a goof, so they either self-corrected or your client told them to correct it. They pushed it out to the end of 2005. That was error number two, because it should have gone to 2006. Yes, sir. Now, your client waits through the end of 2005, and he waits through the first 11 months of 2006, and then he goes to the board and sues November of 2006. Yes, sir. And that lawsuit, like a writ, wakes you up. Somebody in the government says, oh my God, we made a mistake. And so what they did is say, okay, now we'll give you to the end of 2007. Yes, sir. That's 2007. And your client folded his tent. That was the end of the case. It was like a settle. Well, he had asked for the appeal that he had filed in November of 2007. When he filed his appeal in November of 2006, what was he asking for? He was asking for a proper restoration. What date did he want? I'm sorry? What date did he want to have the end of his time for using the leave? Well, he wanted two years from that date, because in his mind, his leave still hasn't been restored to him. So he should have two years. Two years from November of 2006. Yes, sir. Right. But he didn't get that. He got to the end of 2007, and he didn't appeal. He accepted that. He didn't appeal it to the full board. It didn't come here. That, to me, looked like that ended the case. I mean, if he was unhappy with – I mean, actually, from a practical point of view, he was getting his two full years, because he had all of 2005, during which he chose not to use any of the time. And then beginning sometime at the December of 2006, he was given from that date to the end of 2007. So he got his two years. He just didn't get them packed together. But he didn't believe that he had the two years, because in his mind, if it wasn't restored properly, then he shouldn't be using that leave. So in his mind, right or wrong, that's what Mr. Blanton was thinking. He wouldn't have been eligible to use the leave? Well, he thought it was improperly restored. Well, but if he had decided, I'd really like to take a week off, did he really think he would have been told, sorry, you can't take a week off? Sure he could. Well, actually, I believe the procedure is that leave of this matter is actually held in like a different account, in a different pot. So that if he wanted to take a week of leave from leave that he had been accruing since he came back to work, I don't think that – Well, the reason you're saying that he never used any of the time in either 2005 or 2007 was because his view of the law was that he wasn't entitled to use any of it unless it was pursuant to an order that gave him two years together. Yes, sir. Maybe he was wrong, but that's why it happened. But if the case was over, settled, why is it too late now to come back? Well, Mr. Blanton had been trying to deal with the agency to get that time extended and to get the two full years. It wasn't until he filed the case in November of 2006 that he even got their attention. Like you said earlier, it was like a wake-up call. Well, he woke it up. He got the chief, the head guy down there, wrote the appendix, wrote the letter and said, you know, we'll give you until the end of 06, 07. End of calendar year 07. My point would be if you said, gee whiz, that's yet another illegal order, you'd do something. And that didn't happen. Yes, sir. And that gets into what I was talking about. The second issue here is some timeliness and is more problematic for him. Mr. Blanton attempted to resolve this matter pro se from the very beginning. When he filed this appeal, he got a letter from the commander about a month later saying, I reviewed the case and I believe you have 92 hours and some change that should be restored to you and it's going to be restored. But he once again believes that it was improperly restored. At that time, he believed that, and he asked for the case before the merit board to be dismissed because he wrongfully believed that he was now dealing again with the agency on this matter. And that's who his attention should have been directed towards. He waited until the following November to file his appeal on that because he believed that the time period, since it was not spelled out in the letter that you have a certain amount of time that there is an effective date to appeal, he believed his effective date was the end of the 2007 calendar year, which was stated in the letter. And I point out that his reasoning there is consistent with what he did earlier. Because when the agency restored his leave to the end of 2005, which would have been around the end of the 2005 calendar year, he thought he had until the end of that next leave year to file that appeal and that's when he did it, once again in the fall, because he thought he was beating that time limit. And he was basing his interpretation primarily on the form that is used, MSPB form 185 on page 2, where it talks about when to file an appeal. Unless your appeal is covered by a law that sets a different time limit, you must file your appeal during the date that begins on the day after the effective date. Or if the filing period ends on the 30th calendar day after the effective date or on the 30th calendar day after the date you receive the agency's decision, whichever is later. And we're all familiar with that. Mr. Blanton was not. Mr. Blanton is, quite frankly, your average Joe citizen. He's an average middle class man who goes to work, pays his taxes, goes home to his wife and goes to church on Sunday. And him reading this on his own without the benefit of counsel, that's not an unreasonable reading of that, that his effective date would be at the end of what they were restoring. It was not unreasonable for him to think that he had until the end of that next calendar year, which had been restored to him in what was the stated time period in that letter. But in the second appeal, what is he seeking that is different from the first appeal? From the very beginning, he has sought the restoration of his leave and two years to use it. That's the same issue that was in play in the first appeal, correct? Yes, sir. That was dismissed. Why has that not been fully resolved in his acceptance of the conditions set forth in that December 06 letter? Well, that's what he's attempting to do. His attempts to address this with the agency are falling on deaf ears, and they have fallen on deaf ears since 2004. Well, it's not really so much deaf ears. I mean, you told us that when he first went back and whoever said, well, you got until the end of 04, he griped. He said, that's not right. Isn't that what you told us earlier? Yes, sir. So he knew how to gripe, or not gripe. He knew how to assert his right, so he asserted his right. And the person came back and said, gotcha, you got us. We'll give you until the end of 2005. That was error number two. He knew that. He chose to wait through 05, not using any leave because he didn't think he could. But he knew how to complain, how to make his view of his rights being misused, how to make it clear to the agency. He could have asked, you know, when he got, did his settlement. He could have said, is this the end of it, or do I have until the end of 07 to bring another lawsuit to complain about it? He didn't do that. So I don't, it would seem to me that he had exhausted his rights. Now, in the lawsuit that was filed when you got in the case, right? Yes, sir. If you have your way, he will get until the end of what? 09, right? Yes, sir. Well, it sounds like his theory is he gets two years from whenever this whole matter gets resolved, so that even now we're not counting the two years, right? That was his understanding of it, and that's why he had used some of that leave. Right, but I mean, in other words, under his theory, which I don't know the extent to which you're subscribing to his theory, but his theory would be that the two years haven't even started to run and won't start to run until and unless this court enters an order directing that he be. He believes his two years starts to run once the leave is properly restored. Which would be at the point at which after we issue an order in his favor of sending the case back to the board and the board enters an order requiring the restoration of the leave and the agency enters an order saying, okay, then the two years starts to run. That's his understanding. But if, on the other hand, the board had said in your case, well, we understand this argument you've made to us about why he didn't take the leave earlier and said, gee whizzes, I'm really sorry Mr. Blanton didn't understand. He could have taken the leave. He had two years already. In the light of the circumstances, we're going to order the agency to give him one year, not to the end of 09 but the end of 08 to use up the leave. Then in your judgment, that would have been illegal and he could have gone back and asked for more. So they couldn't have even settled the case in your client's favor by giving him one year, i.e. a third year. That would not have worked. I'm not sure I'm understanding your timing. If I had been sitting at the MSPB and heard your argument, I might have said, gee, the object of the government wasn't to deprive your client of his 92.5 hours of leave. Obviously, the agency made a mistake in the beginning. They made a second mistake. He brought a pro se lawsuit. He got offered something that he shouldn't have taken because he never got his full two years. He's now back. He's late. We'll let him in anyhow and we'll cobble together a settlement. We'll give him one year. That wouldn't have been sufficient, one year. Are you saying that the December 2007 letter to him was a settlement, that he should have seen it as a settlement and said, well, okay, you're offering me the one year? He came in and said, please withdraw my appeal. Well, like I said earlier, he wrongfully assumed that, well, okay, I'll dismiss this over here because now the agency is dealing with me. They weren't talking to me up until now until I had to pull out the hammer and file the MSPB appeal. And so now that I have the agency's attention. I mean, as I say, if I had been listening and heard all that, I might have, as an administrative judge, I might have said, well, I'm going to do a little frontier justice here and cut a deal. I'm going to give you one more year. One more year. Well, from 07 to 08. But in your theory, that wouldn't be enough because he's entitled. The agency never gave him a piece of paper that said you get two full leave years after the conclusion of this year. And he is entitled to that piece of paper is what your view is. And so no matter, you know, if it just seems odd to me that they're going to be, he's already had two years in which if he'd known he could have used the leave, that was his mistake. And then he's going to get two more on top of that. Well, if in your scenario, if the administrative judge had come forward at that time and said, well, the agency is giving you one more year. Yeah, you might have settled. You might have said fine. He might have settled and said fine. It may be a little bit less than two years, a little bit more, but at least I'll have something. Well, the reason I raise it is that it's a way of looking back at what happened to the 07 lawsuit when the agency came in and said we'll give you until the end of 07. And by perhaps because the pro se individual didn't know what he should have been doing, I think it's functionally analogous to look at what happened as though he took a settlement, said dismiss my case, over. We'll restore a couple of minutes in case that you need them for purposes of rebuttal. Please report. As presented by the counsel, it seems rather… How did an agency get it so wrong? Well, agencies do that. And what's the right thing to do when an agency gets it this wrong? What happened, I think the crux of this is that when he filed the first withdrawn appeal, he also wrote the commander apparently because there was a reference to his letter. And within a week, the agency said, oh, we made a mistake. This was the second one, as you point out. We made a mistake. We'll give you another year. If he wasn't satisfied with that, if he believed there was something wrong with that, it doesn't make sense that he would just withdraw his appeal. Even assuming that the explanation that he thought, well, I should deal with the agency now, there's no evidence in the record that he was making further efforts with the agency to obtain the additional year that he thought he was entitled to. From the board's point of view, it looked as if the agency had provided him a remedy. He had a year. They gave him the additional year that he was entitled to. Now he's seeking a third year, it seems. The idea that the years have to go together doesn't really make any sense because if he hasn't taken it, the time is gone. No, the reason why the years go together is that you come back with illness and you've got the day to say, okay, you've got two years to get rid of it. So you can make some planning. You can say, you know, this is going to be a bad year to travel because my wife lost her job or whatever, so I know that it's going to be this year or next year. The regulations don't say you get one year and then you have to work for a year and then you get another year, that there's a gap between them. So there's a reason why you tell someone that they have two years in which to do something. If you tell them, well, you only have one year, well, then they know they have to make, change their plans and do something that they didn't want to do. Of course, the issue here is not the merits of his claim, but whether or not the board properly dismissed his appeal as previously withdrawn without a good reason being shown to reinstate it or as a new appeal to be judged for on timeliness grounds. And he really hasn't. The only argument that the petitioner makes... And that's another issue as well, because the board does lack jurisdiction in this area. It's a mystery why the administrative judge didn't reach this issue, although he did, in fact, as part of his timeliness calculation... Tell me a little bit when you say the board doesn't have jurisdiction over this. Okay. The regulation that's applicable here that requires the forfeited annual leave that gives the employee a right to two years to take it, that's 630.306A, there's nothing in that chapter that regulation is in or anywhere else in the statutes or regulations that gives the board authority to review the agency's restoration of leave determinations. So... So the first case that he filed... The first case, the issue wasn't reached. No, I mean, you're saying there was no jurisdiction there either? There was no jurisdiction there either. The board just simply has no jurisdiction in this area. So the settlement would be null and void. Right. Well, it wasn't a settlement. The agency granted him this additional year, and then he withdrew his appeal citing that, but it wasn't a formal settlement. You say the agency granted him the additional year. Right. If you look at the letter of December 11, 2006, second page, number paragraph 4, it says your leave will be restored during the full pay period of calendar year 2007, and you'll have the entire 2007 calendar year. That suggests to me that up to that point his leave had not yet been restored. It was the full 94 hours or whatever, 92.25 hours, that the commanding officer was discussing in this letter, and he says your leave, that 92.25 hours, will be restored during the first full pay period. That seems to me that what the government did was give him one year. Well, in 2004, when he recovered from his illness and returned to work, the agency restored, and the record doesn't show how much excess leave he had that he lost due to the illness that was therefore restored. We only know that at the time that he filed, there was still, and then after that, when that time period that they gave him, which was ultimately until the end of 2005, when that time period ended. He lost it. He lost it. They canceled all the staff. They canceled all the staff. They erased all his leave. He lost 92.5 hours. Then, when he appealed and also wrote the agency, the commanding officer said, oh, it's two years, as the regulation says. So the commanding officer, the difference between the two positions then, if I understand it, correct me if I've got it wrong, is that the commanding officer took the view that you've already had one year, in which you could have used the leave. Nobody would have questioned it. Now we're giving you another year. I don't know if it's even in the record that he didn't use any of the restored, the original. He didn't use it all. He still had 92 hours, roughly. 92.5. So the commanding officer says, okay, you wanted two years. I'm going to give you another year. You've already had a year, whether you've used any of it or not, within which to use that. And the commanding officer said, therefore, in the commanding officer's view, that's sufficient and complete relief. His view is that because that was not the correct relief, then there was no restoration whatsoever, notwithstanding that the commanding officer says I'm restoring the leave. Is that what you understand in his position? Evidently, that's what his position is. I thought perhaps his position was that he had to have the two years together. I wasn't exactly sure what his view was. But then if at that point in time he was dissatisfied with the relief provided by the agency, why did he withdraw his appeal? It doesn't seem a prudent thing to do. Admittedly, he's pro se, but he's not a completely helpless person. He also filed a petition with the board to review the OPM regulation under the board's authority to review OPM regulations as to whether they require a prohibited personal practice. People are confused, often reach out in many directions. The board does have authority to do that. Yes, they do, but he didn't raise the right kind of claim. But even in the course of that appeal, or in dismissing the appeal, the board noted that OPM had provided him information as to how to pursue his claim further at the agency level. So it's not as if he had no information about what to do. Yet he waited many months after withdrawing his appeal to come to the board with this theory that he really should have had two years when the earlier mistake was corrected, that the corrective action from the agency should have been two years. Well, I mean, lots of times a pro se person doesn't develop a theory of a case until they've fallen in the hands of a good lawyer. And they develop a theory of a case. I mean, the theory of his case was once the commanding officer gave him some light at the end of the tunnel that the agency was going to be reasonable, he thought, well, golly, a nice citizen doesn't sue their employer. A nice citizen says, OK, I don't need to sue you anymore. I can come on over to headquarters, and you'll surely fix it. Possibly. But the pretty normal course of events for a lawyer, too. I don't know. There's not such a normal course of events. Maybe not up here in the East where it's normal. So he sued his wife because he didn't like the coffee. But since he would want to take leave, and he considers it his right, due diligence would have required him to make more effort than to wait eight months later to take whatever steps he next took. Are you telling me on the jurisdictional point, let's assume that Mr. Morrow had been ill and absent from work, and he comes back and he had a bunch of earned leave time, and he came back and he said, I want you to reinstate my leave time. And they said, no, we're not going to do it. And you said, well, I'm entitled to my leave time. I've got a statute here that says I'm entitled to my leave time. And the agency said, well, you know something, we don't like you. We're sorry you came back. We're not going to give you your leave time. And you're telling me that there's no cause of action at the board. There's no appeal right to the board. The board doesn't have jurisdiction. Not an adverse action? It's not an adverse action, no. It doesn't fall within any of the adverse actions defined in the statute. An agency grievance procedure could be used for such a purpose. Or if some particular prohibited practice underlay the agency's treatment, you could go to the Office of Special Counsel. You could file an EEO complaint. But ultimately, there are some disputes that perhaps there is no remedy for. If you're a cost-cutting agency, any time anybody comes back, just give them half their leave. It's a great idea. Well, hopefully agencies would not do that. Why not? Well, there are many things that agencies could do that are arbitrary, that don't violate a particular law, and that are not within the jurisdiction of the MSPB. I suppose it's possible that there'd be APA review. I mean, it gets you into the whole question of, I guess, is it the Fausto problem? But the courts generally say that only the remedies provided in the Civil Service Reform Act. Right, but this would be a case in which the remedy wasn't provided, but then the answer to that would be, well, they've excluded a remedy, and therefore it's intentionally left out. And just in defense of the judge here, although he dismissed on timeliness grounds and didn't reach the jurisdictional issue, I think in his view, perhaps the fact that he also dismissed it as withdrawn, and a withdrawal is itself an action that removes jurisdiction from the board, he may have felt that was a sufficient nod to the lack of jurisdiction. But it did seem odd that he didn't reach that, and that he found, had to find, that there was no appealable action in order to find that the agency Wouldn't the board have jurisdiction to decide whether or not a previous appeal had been withdrawn? Oh, yes. There's a way to challenge that. You can assert misinformation, it was the product of misinformation, et cetera, but he didn't raise any such claim in his second appeal. My point was, this particular board would have had, if they were deciding that they're going to get rid of this case on the ground that it's the same case you brought before, and you withdrew the case before, and now it's too late to bring it back, they had jurisdiction to decide that. Well, of course, yes. Very well. Thank you. We will hear a rebuttal then. Mr. Borden? Very briefly, I'd like to address one thing that Mr. Marlowe said about jurisdiction, and why the board had jurisdiction. He's absolutely correct in that in matters like this, matters of leave and restoration, normally the board doesn't have jurisdiction. But the board, as there are exceptions to every rule, the board does have jurisdiction if the restoration is deemed unreasonable or unjustified. What's the citation? 5 CFR 550.803. It's an unjustified personnel action, means an act of commission or omission, i.e., failure to take an action or confer a benefit. Leave is a benefit of employment. And why is it unjustified? Because an act of omission to confer a benefit, in this case leave, within the time limits and time frame established by law is really a prohibited personnel action in violation of 5 CFR 630.306 and also Title 5 U.S. Code 2302. Here's Mr. Blanton's... Then you have jurisdiction over all these cases. It wouldn't be an exception. You'd have jurisdiction over all of them in order to decide whether the way the agency behaved with regard to the restoration was legitimate. Well, there'd have to be a showing that it's either unreasonable or unjustified. Everybody's going to claim that it is, and then get into the board, and then you'll litigate that. You make the claim that it was not properly done, and therefore you have jurisdiction. I don't remember the details of this, because they're really complicated when you get into the interstices of the personnel practice rules and regulations and so forth. But my pretty clear impression is that the personnel practice review jurisdiction of the board is circumscribed quite narrowly such that you don't get to say, well, something that happened that otherwise wouldn't be within the scope of the board's jurisdiction has been done in an arbitrary and capricious way to me, and therefore it suddenly becomes an impermissible personnel practice, and therefore I have complete freedom to go before the board and complain about what was done to me individually. I can stay corrected, and if you find something that indicates to the contrary, perhaps you will let us know. But I submit to you that I think that that's not what the board's jurisdiction extends to in that area. Well, certainly Mr. Bland has a very narrow gate to try to get through on this. I admit that. Here's the crux of the matter from Mr. Bland's viewpoint, and it goes back to your very first question to Mr. Morrow. How did the agency get this so wrong? In Mr. Bland's viewpoint, the agency in 2004 was in violation of the rules and regulations. They got it wrong a second time when they only gave him to the end of 2005. They got it wrong a third time in 2007. So that's three times, in Mr. Bland's view, that the agency has been in violation of rules and regulations and procedure. Mr. Bland complains about it, and he's told, I'm sorry, Mr. Bland, take a seat. You're in violation of rules and regulations and procedure. You can see his frustration with the whole matter. We can't forget there are rules and regulations and procedure for a very good reason. But at the same time, we can't be slaves to those rules and regulations and procedure that your average citizen who wants to come forward on his own is essentially not so much ignored as to be told to take a seat. You don't know what you're doing. You missed your time frames. Mr. Bland is requesting what he's requested from day one, and that is that his 92 1⁄2 hours be restored within the proper time frame as allotted by law. Thank you. Thank you, Mr. Bland. Thank both counsel. The case is submitted.